# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2017

Stephen J. Markman
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153786(108)

*In re* HICKS/BROWN, Minors.

SC: 153786
COA: 328870
Wayne CC Family Division:
12-506605-NA

_____/

On order of the Court, the motions to expedite and for peremptory reversal are DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2017



Clerk